UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT HOLLAND, <br><br> PLAINTIFF, <br><br> v. <br><br> SANTANDER CONSUMER USA INC. <br> AND TOWING COMPANY (UNKNOWN), <br><br> DEFENDANTS. | CASE NO. 2:23-CV-00045-PPS-JEM |

## **DEFENDANT'S MOTION TO DISMISS**

Defendant, Santander Consumer USA Inc., hereby moves this Court for the entry of an order dismissing the Notice of Claim filed by Plaintiff, Robert Holland, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its Motion to Dismiss, Santander submits its accompanying Memorandum of Law.

Dated: February 9, 2023

*Chelsea R. Stanley*
Chelsea R. Stanley
Supreme Court No. 32770-22
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566
Email: cstanley@stites.com

COUNSEL FOR DEFENDANT
SANTANDER CONSUMER USA INC.

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States First Class Mail, postage prepaid, the document to the following non CM/ECF participants:

 Robert Holland, *pro se*
 5620 Sohl Avenue, Apt. 108
 Hammond, IN  46320

            *Chelsea R. Stanley*
            Chelsea R. Stanley

216834:1